**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Southern District of Texas**
(State)

Case number (*if known*): _____          Chapter    **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1.  Debtor's Name | **Parity Healthcare, Inc.** |
| 2.  All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | **N/A** |
| 3.  Debtor's federal Employer Identification Number (EIN) | **65-0360536** |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1A Burton Hills Boulevard** | |
| Number          Street | Number          Street |
| | P.O. Box |
| **Nashville**          **TN**      **37215** | City          State      Zip Code |
| City          State      Zip Code | **Location of principal assets, if different from principal place of business** |
| **Davidson** | Number          Street |
| County | |
| | City          State      Zip Code |

| | |
|---|---|
| 5.  Debtor's website (URL) | **https://www.envisionhealth.com/** |
| 6.  Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

| Debtor | **Parity Healthcare, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check One:* |

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**6211 - Offices of Physicians**

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check One:* |

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub- box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1). Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form**.**

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | If more than 2 cases, attach a separate list. | MM/DD/YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM/DD/YYYY |

Debtor      **Parity Healthcare, Inc.**                                    Case number *(if known)* _____
    Name

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes. | Debtor **See Rider 1** _____    Relationship **Affiliate** _____<br><br>District **Southern District of Texas** _____    When **05/14/2023**<br>                      MM / DD / YYYY<br>Case number, if known _____ |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**

          _____<br>          Number      Street

          _____<br>          City          State    Zip Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

             Contact name _____

             Phone _____

---

**             Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☒ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor  **Parity Healthcare, Inc.**                                     Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| **15. Estimated assets (on a consolidated basis)** | ☐ $0–$50,000<br>☐ $50,001–$100,000<br>☐ $100,001–$500,000<br>☐ $500,001–$1 million | ☐ $1,000,001–$10 million<br>☐ $10,000,001–$50 million<br>☐ $50,000,001–$100 million<br>☐ $100,000,001–$500 million | ☐ $500,000,001–$1 billion<br>☒ $1,000,000,001–$10 billion<br>☐ $10,000,000,001–$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities (on a consolidated basis)** | ☐ $0–$50,000<br>☐ $50,001–$100,000<br>☐ $100,001–$500,000<br>☐ $500,001–$1 million | ☐ $1,000,001–$10 million<br>☐ $10,000,001–$50 million<br>☐ $50,000,001–$100 million<br>☐ $100,000,001–$500 million | ☐ $500,000,001–$1 billion<br>☒ $1,000,000,001–$10 billion<br>☐ $10,000,000,001–$50 billion<br>☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --**   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __05/14/2023__
                         MM/ DD / YYYY

**✗**   __/s/ Paul Keglevic__                                    __Paul Keglevic__
         Signature of authorized representative of debtor            Printed name

Title   __Chief Restructuring Officer__

**18. Signature of attorney**   **✗**   __/s/ Rebecca Blake Chaikin__         Date   __05/14/2023__
                                            Signature of attorney for debtor                     MM/DD/YYYY

__**Rebecca Blake Chaikin**__

__**Jackson Walker LLP**__
Firm name

__**1401 McKinney Street, Suite 1900**__
Number                      Street

__**Houston**__                                              __**Texas**__         __**77010**__
City                                                             State              ZIP Code

__**713-752-4200**__                                        __**rchaikin@jw.com**__
Contact phone                                               Email address

__**24133055**__                                            __**Texas**__
Bar number                                                 State

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

**Southern District of Texas**

(State)

Case number *(if known)*: _____     Chapter  __**11**__

☐ Check if this is an
amended filing

<u>**Rider 1**</u>
<u>**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**</u>

   On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Envision Healthcare Corporation.

Envision Healthcare Corporation
Acute Management, LLC
Affilion, Inc.
All Women's Healthcare Holdings, Inc.
All Women's Healthcare of Dade, Inc.
All Women's Healthcare of Sawgrass, Inc.
All Women's Healthcare of West Broward, Inc.
All Women's Healthcare Services, Inc.
All Women's Healthcare, Inc.
AllegiantMD, Inc.
Alpha Physician Resources, L.L.C.
American Emergency Physicians Management, Inc.
AmSurg Abilene Eye, Inc.
AmSurg Abilene, Inc.
AmSurg Altamonte Springs FL, Inc.
AmSurg Anesthesia Management Services, LLC
AmSurg Arcadia CA, Inc.
AmSurg Burbank, Inc.
AmSurg Colton CA, Inc.
AmSurg Crystal River, Inc.
AmSurg EC Beaumont, Inc.
AmSurg EC Centennial, Inc.
AmSurg EC Santa Fe, Inc.
AmSurg EC St. Thomas, Inc.
AmSurg EC Topeka, Inc.
AmSurg EC Washington, Inc.
AmSurg El Paso, Inc.
AmSurg Escondido CA, Inc.
AmSurg Finance, Inc.
AmSurg Fresno Endoscopy, Inc.
AmSurg Glendale, Inc.
AmSurg Glendora CA, Inc.
AmSurg Hillmont, Inc.
AmSurg Holdco, LLC
AmSurg Holdings, LLC
AmSurg Inglewood, Inc.
AmSurg KEC, Inc.
AmSurg Kissimmee FL, Inc.
AmSurg La Jolla, Inc.

AmSurg Lancaster PA, LLC
AmSurg Main Line PA, LLC
AmSurg Maryville, Inc.
AmSurg Melbourne, Inc.
AmSurg Miami, Inc.
AmSurg Naples, Inc.
AmSurg New Port Richey FL, Inc.
AmSurg Northwest Florida, Inc.
AmSurg Oakland CA, Inc.
AmSurg Ocala, Inc.
AmSurg Palmetto, Inc.
AmSurg Physicians Arizona, LLC
AmSurg Physicians HoldCo, LLC
AmSurg Pottsville PA, LLC
AmSurg San Antonio TX, Inc.
AmSurg San Luis Obispo CA, Inc.
AmSurg Scranton PA, Inc.
AmSurg Suncoast, Inc.
AmSurg Temecula CA, Inc.
AmSurg Temecula II, Inc.
AmSurg Torrance, Inc.
AmSurg, LLC
Anesthesiologists of Greater Orlando, Inc.
Anesthesiology Associates of Tallahassee, Inc.
Apex Acquisition LLC
APH Laboratory Services, Inc.
Arizona Perinatal Care Centers, LLC
ASDH I, LLC
ASDH II, LLC
Austin NSC, LLC
Austin NSC, LP
Bay Area Anesthesia, L.L.C.
BestPractices, Inc.
Bethesda Anesthesia Associates, Inc.
Boca Anesthesia Service, Inc.
Bravo Reimbursement Specialist, L.L.C.
Broad Midwest Anesthesia, LLC
Centennial Emergency Physicians, LLC
Chandler Emergency Medical Group, L.L.C.

Children's Anesthesia Associates, Inc.
Clinical Partners Management Company, LLC
CMORx, LLC
Coastal Anesthesiology Consultants, LLC
Coral Springs NSC, LLC
Davis NSC, LLC
Desert Mountain Consultants in Anesthesia, Inc.
Discovery Clinical Research, Inc.
Doctors Billing Service, Inc.
Drs. Ellis, Rojas, Ross & Debs, Inc.
ED Solutions, LLC
EDIMS, L.L.C.
EHR Management Co.
EmCare Anesthesia Providers, Inc.
EmCare HoldCo, LLC
EmCare Holdings, LLC
EmCare of California, Inc.
EmCare Physician Providers, Inc.
EmCare Physician Services, Inc.
EmCare, LLC
Emergency Medical Services LLC
Emergency Medicine Education Systems, Inc.
EMS Management LLC
EMSC ServicesCo, LLC
Enterprise Intermediate Holdings Inc.
Enterprise Parent Holdings, Inc.
Envision Anesthesia Services of Delaware, Inc.
Envision Anesthesia Services of Sierra Vista, Inc.
Envision Children's Healthcare Services of North
Mississippi, Inc.
Envision Healthcare Clinical Research, Inc.
Envision Healthcare Scientific Intelligence, Inc.
Envision Physician Services, LLC
Evolution Mobile Imaging, LLC
Flamingo Anesthesia Associates, Inc.
FM Healthcare Services, Inc.
FMO Healthcare Holdings, LLC
FO Investments II, Inc.
FO Investments III, Inc.
FO Investments, Inc.
Fullerton NSC, LLC
Global Surgical Partners, Inc.
Greater Florida Anesthesiologists, LLC
Gynecologic Oncology Associates, Inc.
Hawkeye Holdco LLC
Healthcare Administrative Services, Inc.
Holiday Acquisition Company, Inc.
Illinois NSC, Inc.
Imaging Advantage LLC
Infinity Healthcare, Inc.
iSelect Healthcare LLC
Jacksonville Beaches Anesthesia Associates, Inc.
Jupiter Anesthesia Associates, L.L.C.
Jupiter Healthcare, Inc.
Kenwood NSC, LLC
KMAC, Inc.

Long Beach NSC, LLC
MedAssociates, LLC
Medi-Bill of North Florida, Inc.
Medical Information Management Solutions, LLC
Millennium Vision Surgical, LLC
MSO Newco, LLC
NAC Properties, LLC
New Generations Babee Bag, Inc.
North Florida Anesthesia Consultants, Inc.
North Florida Perinatal Associates, Inc.
Northwood Anesthesia Associates, L.L.C.
NSC Healthcare, Inc.
NSC RBO East, LLC
NSC West Palm, LLC
Parity Healthcare, Inc.
Partners in Medical Billing, Inc.
Phoenix Business Systems, LLC
Phoenix Physicians, LLC
Physician Account Management, Inc.
Physician Office Partners, Inc.
Pinnacle Consultants Mid-Atlantic, L.L.C.
Practice Account Management Services, LLC
Proven Healthcare Solutions of New Jersey, LLC
Provider Account Management, Inc.
QRx Medical Management, LLC
Radiology Staffing Solutions, Inc.
Radstaffing Management Solutions, Inc.
Reimbursement Technologies, Inc.
Rose Radiology, LLC
San Antonio NSC, LLC
Sentinel Healthcare Services, LLC
Sheridan Anesthesia Services of Alabama, Inc.
Sheridan Anesthesia Services of Louisiana, Inc.
Sheridan Anesthesia Services of Virginia, Inc.
Sheridan CADR Solutions, Inc.
Sheridan Children's Healthcare Services of Arizona, Inc.
Sheridan Children's Healthcare Services of Kentucky, Inc.
Sheridan Children's Healthcare Services of Louisiana, Inc.
Sheridan Children's Healthcare Services of New Mexico,
Inc.
Sheridan Children's Healthcare Services of Ohio, Inc.
Sheridan Children's Healthcare Services of Virginia, Inc.
Sheridan Children's Healthcare Services, Inc.
Sheridan Children's Services of Alabama, Inc.
Sheridan Emergency Physician Services of Missouri, Inc.
Sheridan Emergency Physician Services of North
Missouri, Inc.
Sheridan Emergency Physician Services of South Florida,
Inc.
Sheridan Emergency Physician Services, Inc.
Sheridan Healthcare of Louisiana, Inc.
Sheridan Healthcare of Missouri, Inc.
Sheridan Healthcare of Vermont, Inc.
Sheridan Healthcare of Virginia, Inc.
Sheridan Healthcare of West Virginia, Inc.

Sheridan Healthcare, LLC
Sheridan Healthcorp of California, Inc.
Sheridan Healthcorp, Inc.
Sheridan Healthy Hearing Services, Inc.
Sheridan Holdings, Inc.
Sheridan Hospitalist Services of Florida, Inc.
Sheridan InvestCo, LLC
Sheridan Leadership Academy, Inc.
Sheridan Radiology Management Services, Inc.
Sheridan Radiology Services, Inc.
Sheridan ROP Services of Alabama, Inc.
Sheridan ROP Services of Florida, Inc.
Sheridan ROP Services of Virginia, Inc.
SHI II, LLC
Southeast Perinatal Associates, Inc.
Spotlight Holdco LLC

St. Lucie Anesthesia Associates, LLC
Streamlined Medical Solutions LLC
Sun Devil Acquisition LLC
Sunbeam Asset LLC
Tampa Bay NSC, LLC
Templeton Readings, LLC
Tennessee Valley Neonatology, Inc.
Tiva Healthcare, Inc.
Torrance NSC, LLC
Towson NSC, LLC
Twin Falls NSC, LLC
Valley Anesthesiology Consultants, Inc.
Valley Clinical Research, Inc.
West Fairview Emergency Physicians, LLC
Weston NSC, LLC
Wilton NSC, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARITY HEALTHCARE, INC., | ) | Case No. 23-[_____] (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIST OF EQUITY SECURITY HOLDERS[1]**

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Parity Healthcare, Inc. | Sheridan Healthcare, LLC | 1A Burton Hills Boulevard Nashville, Tennessee 37215 | 100% |

---

[1]   This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PARITY HEALTHCARE, INC., | ) | Case No. 23-[_____] (___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Sheridan Healthcare, LLC | 100% |

Debtor __Envision Healthcare Corporation, et al.__                                                                              Case number (if known)_____

| Fill in this information to identify the case: |
|---|
| Debtor name:  Envision Healthcare Corporation, et al. |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (If known): |

☐  Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Wilmington Trust National Association 246 Goose Lane Suite 1205 Guilford, CT 06437 United States | Envision Healthcare Administrator FAX - 203-453-1183 | 8.750% Senior Notes Due 2026 | | | | $     979,975,831 |
| 2 | Shyanne Trammel and Tel Trammel, Individually and as Parents and Next Friends of Tripp Trammel 10370 Richmond Ave Suite 1300 Houston, TX 77042 | Jack E. McGehee Plaintiff's Counsel EMAIL - jmcgehee@lawtx.com PHONE - 713-864-4000 | Litigation | | | | $     4,000,000 |
| 3 | Salesforce Com Inc. Salesforce Tower 415 Mission Street, 3rd Floor San Francisco, CA 94105 United States | Marc Benioff Chair & Chief Executive Officer EMAIL - marc_benioff@salesforce.com PHONE - 800-720-0371 FAX - 415-901-7040 | Trade Payable | | | | $     1,854,910 |
| 4 | Kforce Inc. 1150 Assembly Drive, Suite 500 Tampa, FL 33607 United States | Kye Mitchell Chief Operating Officer EMAIL - kmitchell@kforce.com PHONE - 877-453-6723 | Trade Payable | | | | $     1,194,978 |
| 5 | Zotec Partners LLC 1 Zotec Way Carmel, IN 46032 United States | T. Scott Law Founder & Chief Executive Officer EMAIL - slaw@zotecpartners.com PHONE - 317-705-5050 | Trade Payable | | | | $     1,177,072 |
| 6 | Accolite Digital LLC 16479 Dallas Parkway Suite 350 Addision, TX 75001 United States | Leela Kaza Founder & Chief Executive Officer PHONE - 972-586-7778 FAX - 972-200-7063 | Trade Payable | | | | $     755,846 |
| 7 | Presidio Networked Solutions PENN 1 1 Pennsylvania Plaza Suite 2501 New York, NY 10119 United States | Bob Cagnazzi Chief Executive Officer EMAIL - bcagnazzi@presidio.com PHONE - 631-220-4395 | Trade Payable | | | | $     718,193 |
| 8 | Data Core Systems Inc. 111 Sinclair Rd. Bristol, PA 19007 United States | Shyamal Choudhury Chief Executive Officer EMAIL - dcs@datacoresystems.com PHONE - 215-243-4838 FAX - 215-243-1978 | Trade Payable | | | | $     581,527 |
| 9 | Aidoc Inc. 142 W. 57th St. New York, NY 10019 United States | Elad Walach Chief Executive Officer EMAIL - elad@aidoc.com PHONE - 212-203-0095 | Trade Payable | | | | $     507,000 |
| 10 | Softtek Integration Systems Inc. 15303 Dallas Parkway Suite 200 Addison, TX 75001 United States | Blanca Trevino President & Chief Executive Officer EMAIL - btrevino@softtek.com PHONE - 469-283-2506 | Trade Payable | | | | $     463,058 |
| 11 | Velocity Managed Services Inc. 6936 Spring Valley Drive Holland, OH 43528 United States | Mark Walker President and Chief Operations Officer EMAIL - mwalker@velocity.org PHONE - 856-667-7817 | Trade Payable | | | | $     392,745 |
| 12 | Jiyo Inc. 2821 S Parker Road Suite 111 Aurora, CO 80014 United States | Poonacha Machaiah Founder EMAIL - poonacha@seva.love PHONE - 650-963-0964 | Trade Payable | | | | $     331,260 |
| 13 | CSC Corporation Service Co 251 Little Falls Drive Wilmington, DE 19808 United States | Rodman Ward III President & Chief Executive Officer EMAIL - rward@cscinfo.com PHONE - 302-764-7100 FAX - 302-636-5454 | Trade Payable | | | | $     312,860 |

Debtor __Envision Healthcare Corporation, et al._____     Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Baptist Memorial Hospital - North Mississippi 1100 Belk Boulevard Oxford, MS 38655 United States | William C. Henning Chief Executive Officer EMAIL - bill.henning@bmchcc.org PHONE - 662-636-1061 FAX - 662-636-1676 | Credit Balance Payable | | | | $ 257,903 |
| 15 WNS North America Inc. 15 Exchange Pl suite 310 Jersey City, NJ 07302 United States | Jason Wolfson Chief Executive Officer EMAIL - wolfsonj@aimspecialtyhealth.com PHONE - 847-267-7153 | Trade Payable | | | | $ 236,412 |
| 16 VVC Holding LLC 311 Arsenal Street Suite 600 Watertown, MA 02472 United States | Robert E. Segert Chief Executive Officer EMAIL - bsegert@athenahealth.com PHONE - 978-952-0317 | Trade Payable | | | | $ 220,888 |
| 17 IT Convergence 320 Decker Dr Ste 100 Irvington, TX 75062 United States | Arvind Sharma Chief Executive Officer EMAIL - asharma@itconvergence.com PHONE - 415-675-7935 | Trade Payable | | | | $ 219,298 |
| 18 Trilliant Health Inc. 2 Maryland Farms, Ste 200 Brentwood, TN 37027 United States | Hal Andrews President & Chief Executive Officer EMAIL - hal.andrews@trillianthealth.com PHONE - 615-665-4288 | Trade Payable | | | | $ 198,465 |
| 19 Trinisys, LLC 750 Old Hickory Blvd Bldg 1 Ste 268 Brentwood, TN 37027 United States | William Bartholomew Chief Executive Officer EMAIL - wbartholomew@trinisys.com PHONE - 615-497-0708 | Trade Payable | | | | $ 189,631 |
| 20 Individual name on file Address on file | Contact information on file | Severance | | | | $ 171,910 |
| 21 Michigan Professional Insurance Exchange 333 Bridge St NW Grand Rapids, MI 49504 United States | Katie Peterson Executive Vice President and Chief Financial Officer EMAIL - kpeterson@mpie.org PHONE - 616-391-7988 FAX - 616-741-1999 | Trade Payable | | | | $ 159,878 |
| 22 Iron Mountain Inc. 1 Federal Street Boston, MA 02110 United States | Barry Hytinen Chief Financial Officer and Executive Vice President EMAIL - barry.hytinen@ironmountain.com PHONE - 859-227-0585 | Trade Payable | | | | $ 153,784 |
| 23 Epromos Promotional Products LLC 113 5Th Avenue S. St Cloud, MN 56301 United States | Jason Robbins Founder & Chief Executive Officer EMAIL - jason.robbins@epromos.com PHONE - 877-377-6667 | Trade Payable | | | | $ 152,277 |
| 24 Oracle America Inc. 2300 Oracle Way Austin , TX 78741 United States | Safra A. Catz Chief Executive Officer EMAIL - safra.catz@oracle.com PHONE - 415-307-3469 | Trade Payable | | | | $ 152,209 |
| 25 Staff Care Inc. 8840 Cypress Waters Blvd Dallas , TX 75019 United States | Cary Grace President & Chief Executive Officer EMAIL - cary.grace@amnhealthcare.com PHONE - 416-868-5500 | Trade Payable | | | | $ 143,012 |
| 26 Icon Medical Network LLC 8100 Sw Nyberg Street Suite 400 Tualatin, OR 97062 United States | Janet Elkin President & Chief Executive Officer EMAIL - amy@iconmn.com PHONE - 888-777-5973 | Trade Payable | | | | $ 138,633 |
| 27 Individual name on file Address on file | Contact information on file | Severance | | | | $ 134,632 |
| 28 Staples Inc. 500 Staples Drive Framingham, MA 01702 United States | John A. Lederer Chief Executive Officer EMAIL - john.lederer@staples.com PHONE - 508–253–5000 | Trade Payable | | | | $ 121,832 |
| 29 Harris, Gordon J PhD and Massachusetts General Physicians Organization, Inc. C/O Landay Leblang Stern LLP 156 State Street, 5th Floor Boston, MA 02109 | Dale C. Kerester, Esq. Plaintiff's Counsel EMAIL - dale@llslex.com PHONE - 617-742-1500 x104 FAX - 617-507-8400 | Litigation | Contingent, Unliquidated, Disputed | | | Undetermined |
| 30 Rave, Timothy 156 State Street, 5th Floor Boston, MA 02109 933 North Mayfair Road Suite 311 Milwaukee, WI 53226 United States | Robert J. Welcenbach Plaintiff's Counsel EMAIL - robert@welcenbachlaw.com PHONE - 414-441-6766 | Litigation | Contingent, Unliquidated | | | Undetermined |

Top 30 unsecured creditors list excludes individuals in the Company's deferred compensation program.

Fill in this information to identify the case and this filing:

Debtor Name      **Parity Healthcare, Inc.**

United States Bankruptcy Court for the:          **Southern District of Texas**

                                                                                        (State)

Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration __List of Equity Security Holders and Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| __05/14/2023__ | ☒ */s/ Paul Keglevic* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Paul Keglevic** |
| | Printed name |
| | **Chief Restructuring Officer** |
| | Position or relationship to debtor |

**Official Form 202**                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**OMNIBUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS, MANAGERS,
OR OTHER SIMILAR GOVERNING BODY, AS APPLICABLE,
OF ENTERPRISE PARENT HOLDINGS INC. AND EACH OF
THE COMPANIES SET FORTH ON EXHIBIT A ATTACHED HERETO**

**MAY 14, 2023**

We, the undersigned, are the requisite members of the board of directors, managers, or similar governing body (each, an "**Authorizing Body**," and, collectively, the "**Authorizing Bodies**") of Enterprise Parent Holdings Inc. and certain of the Enterprise Parent Holdings Inc. subsidiaries set forth on **Exhibit A** attached hereto (together with Enterprise Parent Holdings Inc., each a "**Company**," and, collectively, the "**Companies**"), and each organized and existing under the internal laws of the state of incorporation or formation, as applicable, as set forth in each Company's charter of incorporation or applicable organizational documents. Each Authorizing Body, in such capacity on behalf of the applicable Company, hereby takes the following actions and adopts the following resolutions by unanimous written consent pursuant to each Company's bylaws, limited liability company agreement, or such similar operating document and the applicable laws of the state of incorporation or formation of each Company, as applicable.

**WHEREAS**, the Authorizing Bodies, have reviewed and considered (i) the filing of voluntary petitions for relief for the Companies under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "**Bankruptcy Code**") pursuant to applicable law and in accordance with the requirements of each Company's governing documents and applicable law (the "**Restructuring Matters**"); and (ii) authorizing entry into and performance under the Restructuring Support Agreements and all exhibits and attachments thereto (the "**RSAs**"), as defined herein;

**WHEREAS**, the Authorizing Bodies have reviewed and considered the materials presented by the management of the Companies, the CRO (as defined herein), and the Companies' financial and legal advisors, and have had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Companies;

**WHEREAS**, the Authorizing Bodies have reviewed and considered presentations by the Companies' financial and legal advisors regarding the transactions contemplated under the RSAs, each dated as of the date set forth above, and any chapter 11 plans of reorganization contemplated by the RSAs (the "**Plans**") as well as disclosure statements with all related exhibits thereto (as amended or restated from time to time, the "**Disclosure Statements**"), the advantages and disadvantages to the Companies for implementing the restructuring transactions contemplated under the Plans pursuant to a chapter 11 process, feedback from the Companies' stakeholders and counterparties to the RSAs regarding implementation of the transactions contemplated thereunder, and the present facts and circumstances in relation to the transactions contemplated under the RSAs;

**WHEREAS**, the Authorizing Bodies have determined, in their business judgement, that the following resolutions are advisable and in the best interest of the Companies, their creditors, other stakeholders, and other parties in interest;

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that, pursuant to the applicable governing documents of each Company, the undersigned do hereby adopt the following resolutions:

### Appointment of Chief Restructuring Officer

**RESOLVED**, that the Authorizing Bodies hereby create the office of the Chief Restructuring Officer (the "**CRO**") for each Company;

**RESOLVED**, that Mr. Paul Keglevic be, and hereby is, appointed as the CRO for the purpose of performing the duties and responsibilities of a CRO and such other duties and responsibilities as may be determined by the Authorizing Bodies to be reasonably related thereto;

F**URTHER RESOLVED**, that Mr. Keglevic shall be authorized from time to time to make decisions with respect to certain aspects of the management and operation of each Company's business as it specifically relates to the Companies' restructuring initiatives (the "**Restructuring Decisions**"), subject to the direction of the Authorizing Bodies;

**FURTHER RESOLVED**, that all Restructuring Decisions of Mr. Keglevic shall be discussed with the member or members of the Company's management that Mr. Keglevic determines to be appropriate prior to the implementation of such decisions, and any dispute between such management and Mr. Keglevic regarding the implementation of such decisions shall be resolved by the Authorizing Bodies; and

**FURTHER RESOLVED**, that the Companies will: (a) indemnify the CRO, to the fullest extent permitted by law, and to the same extent as the most favorable indemnification it extends to each Company's officers or directors and (b) the CRO shall be covered as an officer under any and all of the Companies' existing director and officer liability insurance policies.

### Chapter 11 Filing

**RESOLVED**, in the business judgment of the Authorizing Bodies, it is desirable and in the best interests of the Companies, the creditors, other stakeholders, and other parties in interest, that each Company files or causes to be filed voluntary petitions for relief (the "**Bankruptcy Petitions**") under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States, and, in accordance with the requirements in each Company's governing documents and applicable law, hereby consents to, authorizes and approves, the filing of the Bankruptcy Petitions;

**FURTHER RESOLVED**, any director or other duly appointed officer of the Companies (collectively, the "**Authorized Persons**"), which shall include the CRO, the Chief Executive Officer, Chief Financial Officer, or General Counsel, and any successor thereto or any person

holding any similar position, shall be, and each of them individually hereby is, authorized and directed for and on behalf of each Company to take all actions (including, without limitation, to negotiate and execute any documents, certificates, supplemental agreements, and instruments) to act as signatory and attorney on behalf of each Company in respect of the Restructuring Matters and/or any persons to whom such Authorized Persons and/or officers delegate certain responsibilities, be, and hereby are, authorized to execute and file on behalf of each Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, but not limited to, any action necessary or proper to maintain the ordinary course operations of each Company's or any of its subsidiary's businesses;

**FURTHER RESOLVED** that each Authorized Person be, and hereby is, authorized, empowered, and directed, together with the financial and legal advisors to the Companies, to take all actions or to not take any action in the name of Enterprise Parent Holdings Inc. and its direct and indirect subsidiaries with respect to the transactions contemplated by the RSA and these resolutions, as such Authorized Persons shall deem necessary or desirable in such Authorized Persons' reasonable business judgment;

**FURTHER RESOLVED**, that in the business judgment of the Authorizing Bodies, it is desirable and in the best interests of each Company, its creditors, and other stakeholders that the Authorized Persons file or cause to be filed the Plans, the Disclosure Statements, and all other papers or documents (including any amendments) related thereto, and to take any and all actions that the Authorizing Bodies deem necessary or appropriate to pursue confirmation and consummation of a plan of reorganization materially consistent with the Plans;

**FURTHER RESOLVED**, that each Authorized Person be, and hereby is, authorized, empowered, and directed, together with the financial and legal advisors of the Companies, to file all other documents as each, in his or her discretion, may deem necessary or advisable to confirm plans of reorganization materially consistent with the Plans, including, but not limited to, any amendments to, and modifications of, the Plans and the Disclosure Statements;

**FURTHER RESOLVED**, that each Authorized Person be, and hereby is, authorized, empowered, and directed to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to consummate the Plans if confirmed by the Bankruptcy Court; and

**FURTHER RESOLVED**, that each Authorized Person be, and hereby is, authorized, empowered, and directed to execute and file on behalf of each Company all other petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Companies' businesses.

### *Retention of Professionals*

**RESOLVED**, each of the Authorized Persons, be, and hereby are, authorized, empowered, and directed to retain on behalf of each Company:  (i) the law firm of Kirkland & Ellis LLP and

Kirkland & Ellis International LLP as bankruptcy counsel; (ii) the law firm of Jackson Walker LLP as local bankruptcy counsel; (iii) PJT Partners as investment banker; (iv) Alvarez & Marsal North America, LLC as restructuring advisor; (v) Kroll Restructuring Administration LLC as claims and noticing agent; (vi) KPMG LLC as tax advisor; (vii) Katten Muchin Rosenman, LLP, as legal counsel; and (viii) any other legal counsel, accountants, financial advisors, restructuring advisors or other professionals the Authorized Persons deem necessary, appropriate or advisable; each to represent and assist the Companies in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses); and in connection therewith, the Authorized Persons, be, and hereby are authorized, empowered and directed, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services; and

**FURTHER RESOLVED**, each of the Authorized Persons, be, and hereby are, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to perform such further actions and execute such further documentation that the Authorized Persons in their absolute discretion deem necessary, appropriate or desirable in accordance with these resolutions.

### *Use of Cash Collateral and Adequate Protection*

**RESOLVED**, that each Company will obtain benefits from the use of collateral, including cash collateral, as that term is defined in section 363(a) of the Bankruptcy Code (the "**Cash Collateral**"), which is security for certain of the Companies' prepetition secured lenders under certain credit facilities by and among certain of the Companies, and the guarantors party thereto, the lenders party thereto (the "**Prepetition Secured Lenders**");

**FURTHER RESOLVED**, each of the Authorized Persons be, and hereby are, authorized, directed and empowered in the name of, and on behalf of, each Company to seek approval of the use of cash collateral pursuant to a cash collateral order in interim and final form (a "**Cash Collateral Order**"), and, to the extent applicable to the Company, any Authorized Person be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, necessary or advisable to implement the Cash Collateral Order, including providing for adequate protection to the Prepetition Secured Lenders in accordance with section 363 of the Bankruptcy Code (the "**Adequate Protection Obligations**"), as well as any additional or further agreements for the use of cash collateral in connection with the chapter 11 cases, which agreement(s) may require the Companies to grant adequate protection and security interests to the Prepetition Secured Lenders and each other agreement, instrument, or document to be executed and delivered in connection therewith, by or on behalf of the Companies pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Person, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

**FURTHER RESOLVED**, that each Company, as debtors and debtors in possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations.

*Further and Prior Actions*

**RESOLVED**, the Companies are hereby authorized to authorize (and each Company hereby authorizes) any direct or indirect subsidiary of each Company or any entity of which such Company or any subsidiary of such Company is the sole member, general partner, managing member, or equivalent manager, as applicable, to take each of the actions described in these resolutions or any of the actions authorized in these resolutions, and none of the resolutions contained herein, or action taken in furtherance hereto, shall have or cause an adverse effect on any such subsidiary or such Company's interest therein (including without limitation, any automatic dissolution, divestiture, dissociation, or like event under applicable law).

**FURTHER RESOLVED**, in addition to the specific authorizations heretofore conferred upon such Authorized Persons, the Authorized Persons, either individually or as otherwise required by each Company's governing documents and applicable law, be, and each of them hereby is, authorized to execute, acknowledge, deliver, and file any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents on behalf of each Company relating to the Restructuring Matters.

**FURTHER RESOLVED**, each of the Authorized Persons (and their designees and delegates) be, and hereby is, authorized and empowered, in the name of and on behalf of each Company, to take or cause to be taken any all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Person's or Authorized Persons' absolute discretion, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolution adopted herein.

**FURTHER RESOLVED**, the Authorizing Bodies have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the governing documents of each Company, or hereby waives any right to have received such notice.

**FURTHER RESOLVED**, all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of each Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, confirmed and ratified as the true acts and deeds of each Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Authorizing Bodies.

**FURTHER RESOLVED**, any Authorized Person be, and each of them hereby is, authorized to do all such other acts, deeds and other things as each Company itself may lawfully do, in accordance with its governing documents and applicable law, howsoever arising in connection with the matters above, or in furtherance of the intentions expressed in the foregoing resolutions, including, but not limited to, the negotiation, finalization, execution and delivery of any other agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents whatsoever as the individual acting may in his/her absolute and unfettered

discretion approve, deem or determine necessary, appropriate or advisable, such approval, deeming or determination to be conclusively evidenced by said individual taking such action or the execution thereof.

* * * * *

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.  This unanimous written consent may be signed by facsimile or other electronic means, with any such signature being of the same force and effect as an original signature, and in multiple counterparts, all of which will constitute one document.

Board of Directors of the TopCo listed on
<u>Schedule 1</u>

**Max Lin**

**Vishal Patel**

**Lauren Krueger**

**James Rechtin**

**Paul Keglevic**

**Jill Frizzley**

**Gary Begeman**

DocuSign Envelope ID: CA0AE768-956B-4F88-A1B9-1E7355D5BE1D

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.  This unanimous written consent may be signed by facsimile or other electronic means, with any such signature being of the same force and effect as an original signature, and in multiple counterparts, all of which will constitute one document.

Board of Directors of the Subsidiary listed on <u>Schedule 2</u>

**Max Lin**

**Vishal Patel**

[*Signature Page to Omnibus Written Consent*]

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.  This unanimous written consent may be signed by facsimile or other electronic means, with any such signature being of the same force and effect as an original signature, and in multiple counterparts, all of which will constitute one document.

Board of Directors of the Subsidiary listed on Schedule 3

-and-

ENVISION  HEALTHCARE  CORPORATION,  being the Sole Member of each Subsidiary listed on Schedule 4

**Max Lin**

**Vishal Patel**

**James Rechtin**

**Paul Keglevic**

**Jill Frizzley**

**Lauren Krueger**

**Gary Begeman**

*[Signature Page to Omnibus Written Consent]*

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.  This unanimous written consent may be signed by facsimile or other electronic means, with any such signature being of the same force and effect as an original signature, and in multiple counterparts, all of which will constitute one document.

Board of Directors of the Subsidiaries listed on <u>Schedule 7</u>

DocuSigned by:

*Jeff Snodgrass*

33E6122AA7A3417

**Jeff Snodgrass**

DocuSigned by:

*Pamela Corrie*

F0897890FA8F41A

**Pamela Corrie**

DocuSigned by:

*Harvey Tepner*

23378E63C6EA4DA

**Harvey Tepner**

*[Signature Page to Omnibus Written Consent]*

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.  This unanimous written consent may be signed by facsimile or other electronic means, with any such signature being of the same force and effect as an original signature, and in multiple counterparts, all of which will constitute one document.

EMERGENCY MEDICAL SERVICES LLC being the Sole Member of the Subsidiary listed on Schedule 6

IMAGING ADVANTAGE LLC, being the Sole Member of each Subsidiary listed on Schedule 8

SHERIDAN HEALTHCORP, INC., being the Sole Member of each Subsidiary listed on Schedule 9

EMCARE, LLC being the Sole Member of each Subsidiary listed on Schedule 10

HAWKEYE HOLDCO, INC. being the Sole Member of the Subsidiary listed on Schedule 11

ALPHA PHYSICIAN RESOURCES, being the Sole Member of each Subsidiary listed on Schedule 12

CMORx, II, Inc., being the Sole Member of the Subsidiary listed on Schedule 13

SUNBEAM ASSET L.L.C., being the Sole Member of the Subsidiary listed on Schedule 14

APEX ACQUISTION LLC, being the Sole Member of each Subsidiary listed on Schedule 15

SPOTLIGHT HOLDCO LLC being the Sole Member of each Subsidiary listed on Schedule 16

-and-

Sole Member / Director of the Subsidiaries listed on Schedule 17

By: *Chan Chuang*
FF834662474840C...
Name:  **Chan-Chou Chuang, M.D.**
Title:  Director / Manager / President

*[Signature Page to Omnibus Written Consent]*

**IN WITNESS WHEREOF**, the undersigned have executed this written consent as of the date first set forth above.  This unanimous written consent may be signed by facsimile or other electronic means, with any such signature being of the same force and effect as an original signature, and in multiple counterparts, all of which will constitute one document.

AMSURG PHYSICIANS ARIZONA, LLC
being the Sole Member of the Subsidiary listed on
Schedule 5

AMSURG HOLDINGS, LLC, being the Sole Member of
the Subsidiary listed on Schedule 18

AMSURG PHYSICIANS HOLDCO, LLC being the Sole
Member of the Subsidiary listed on Schedule 19

AUSTIN NSC, LLC being the General Partner of the
Subsidiary listed on Schedule 20

-and-

Sole Member / Director of the Subsidiaries listed on
Schedule 21

By: _____

Name:  **Jeff Snodgrass**
Title:  Member / Director / President / Executive Vice
President

## Schedule 1

**Board of Directors:  Max Lin, Vishal Patel, Lauren Krueger, James Rechtin, Paul Keglevic, Jill Frizzley, and Gary Begeman**

| TopCo | Jurisdiction |
|---|---|
| Enterprise Parent Holdings, Inc. | Delaware |

## Schedule 2

**Board of Directors:  Max Lin, Vishal Patel**

| Subsidiary | Jurisdiction |
|---|---|
| Enterprise Intermediate Holdings, Inc. | Delaware |

## Schedule 3

**Board of Directors:  Max Lin, Vishal Patel, James Rechtin, Paul Keglevic, Jill Frizzley, Lauren Krueger, and Gary Begeman**

| Subsidiary | Jurisdiction |
|---|---|
| Envision Healthcare Corporation | Delaware |

## Schedule 4

**Sole Member:  Envision Healthcare Corporation**

| Subsidiary | Jurisdiction |
|---|---|
| Envision Physician Services, LLC | Delaware |
| EMSC ServicesCo LLC | Delaware |

## Schedule 5

**Sole Member:  AmSurg Physicians Arizona, LLC**

| Subsidiary | Jurisdiction |
|---|---|
| Millennium Vision Surgical, LLC | Delaware |

## Schedule 6

**Sole Member:  Emergency Medical Services LLC**

| Subsidiary | Jurisdiction |
|---|---|
| Evolution Mobile Imaging, LLC | Delaware |

## Schedule 7

**Board of Managers:  Jeff Snodgrass, Pamela Corrie, and Harvey Tepner**

| Subsidiary | Jurisdiction |
|---|---|
| AmSurg, LLC | Delaware |
| AmSurg Holdco, LLC | Delaware |

## Schedule 8

**Sole Member:  Imaging Advantage LLC**

| Subsidiary | Jurisdiction |
|---|---|
| iSelect Healthcare LLC | Delaware |

## Schedule 9

**Sole Member:  Sheridan Healthcorp, Inc.**

| Subsidiary | Jurisdiction |
|---|---|
| NAC Properties, LLC | Georgia |
| Sentinel Healthcare Services, LLC | Georgia |
| Bay Area Anesthesia, L.L.C. | Florida |
| Broad Midwest Anesthesia, LLC | Missouri |
| Jupiter Healthcare, LLC | Florida |
| Sheridan InvestCo, LLC | Delaware |
| St. Lucie Anesthesia Associates, LLC | Florida |

## Schedule 10

**Sole Member:  Emcare, LLC**

| Subsidiary | Jurisdiction |
|---|---|
| Apex Acquisition LLC | Delaware |
| Alpha Physician Resources, L.L.C. | New Jersey |
| Hawkeye Holdco LLC | Delaware |
| Phoenix Business Systems, LLC | Missouri |
| Practice Account Management Services, LLC | Missouri |
| Spotlight Holdco LLC | Delaware |
| QRx Medical Management, LLC | Delaware |
| Streamlined Medical Solutions LLC | Texas |
| Sun Devil Acquisition LLC | Delaware |
| Sunbeam Asset LLC | Delaware |

*[Schedules to Omnibus Written Consent]*

**Schedule 11**

**Sole Member:  Hawkeye Holdco, Inc.**

| Subsidiary | Jurisdiction |
|---|---|
| Acute Management, LLC | Texas |

**Schedule 12**

**Sole Member:  Alpha Physician Resources, L.L.C.**

| Subsidiary | Jurisdiction |
|---|---|
| Bravo Reimbursement Specialist, L.L.C. | New Jersey |
| ED Solutions, LLC | New Jersey |
| EDIMS, L.L.C. | New Jersey |
| Proven Healthcare Solutions of New Jersey, LLC | New Jersey |

**Schedule 13**

**Sole Member:  CMORx II, Inc.**

| Subsidiary | Jurisdiction |
|---|---|
| CMORx, LLC | Texas |

**Schedule 14**

**Sole Member:  Sunbeam Asset L.L.C.**

| Subsidiary | Jurisdiction |
|---|---|
| Jupiter Anesthesia Associates, L.L.C. | Florida |

**Schedule 15**

**Sole Member:  Apex Acquisition LLC**

| Subsidiary | Jurisdiction |
|---|---|
| MSO Newco, LLC | Delaware |

**Schedule 16**

**Sole Member:  Spotlight Holdco LLC**

| Subsidiary | Jurisdiction |
|---|---|
| Rose Radiology, LLC | Texas |

*[Schedules to Omnibus Written Consent]*

**Schedule 17**

**Sole Manager / Director:  Chan-Chou Chuang, M.D.**

| Subsidiary | Jurisdiction |
|---|---|
| Affilion, Inc. | Delaware |
| All Women's Healthcare Holdings, Inc. | Delaware |
| All Women's Healthcare of Dade, Inc. | Florida |
| All Women's Healthcare of Sawgrass, Inc. | Florida |
| All Women's Healthcare of West Broward, Inc. | Florida |
| All Women's Healthcare Services, Inc. | Florida |
| All Women's Healthcare, Inc. | Florida |
| AllegiantMD, Inc. | Florida |
| American Emergency Physicians Management, Inc. | California |
| Anesthesiologists of Greater Orlando, Inc. | Florida |
| Anesthesiology Associates of Tallahassee, Inc. | Florida |
| APH Laboratory Services, Inc. | Texas |
| Arizona Perinatal Care Centers, LLC | Florida |
| BestPractices, Inc. | Virginia |
| Bethesda Anesthesia Associates, Inc. | Florida |
| Boca Anesthesia Service, Inc. | Florida |
| Centennial Emergency Physicians, LLC | Missouri |
| Chandler Emergency Medical Group, L.L.C. | Arizona |
| Children's Anesthesia Associates, Inc. | Florida |
| Clinical Partners Management Company, LLC | Texas |
| Coastal Anesthesiology Consultants, LLC | Florida |
| Desert Mountain Consultants in Anesthesia, Inc. | Arizona |
| Discovery Clinical Research, Inc. | Florida |
| Doctors Billing Service, Inc. | California |
| Drs. Ellis, Rojas, Ross & Debs, Inc. | Florida |
| EmCare, LLC | Delaware |
| EmCare Anesthesia Providers, Inc. | Delaware |
| EmCare HoldCo, LLC | Delaware |
| EmCare Holdings, LLC | Delaware |
| EmCare of California, Inc. | California |
| EmCare Physician Providers, Inc. | Missouri |

| | |
|---|---|
| EmCare Physician Services, Inc. | Delaware |
| EHR Management Co. | Delaware |
| Emergency Medicine Education Systems, Inc. (EMEDS) | Texas |
| Emergency Medical Services LLC | Delaware |
| EMS Management LLC | Delaware |
| Envision Anesthesia Services of Delaware, Inc. | Florida |
| Envision Anesthesia Services of Sierra Vista, Inc. | Florida |
| Envision Children's Healthcare Services of North Mississippi, Inc. | Florida |
| Envision Healthcare Clinical Research, Inc. | Florida |
| Envision Healthcare Scientific Intelligence, Inc. | Florida |
| Flamingo Anesthesia Associates, Inc. | Florida |
| FM Healthcare Services, Inc. | Florida |
| FMO Healthcare Holdings, LLC | Delaware |
| FO Investments II, Inc. | Florida |
| FO Investments III, Inc. | Florida |
| FO Investments, Inc. | Florida |
| Global Surgical Partners, Inc. | Florida |
| Greater Florida Anesthesiologists, LLC | Florida |
| Gynecologic Oncology Associates, Inc. | Florida |
| Healthcare Administrative Services, Inc. | Delaware |
| Holiday Acquisition Company, Inc. | Colorado |
| Imaging Advantage LLC | Delaware |
| Infinity Healthcare, Inc. | Illinois |
| Jacksonville Beaches Anesthesia Associates, Inc. | Florida |
| KMAC, Inc. | Texas |
| MedAssociates, LLC | Texas |
| Medi-Bill of North Florida, Inc. | Florida |
| New Generations Babee Bag, Inc. | Florida |
| North Florida Anesthesia Consultants, Inc. | Florida |
| North Florida Perinatal Associates, Inc. | Florida |
| Northwood Anesthesia Associates, L.L.C | Florida |
| Parity Healthcare, Inc. | Florida |
| Partners in Medical Billing, Inc. | Florida |
| Phoenix Physicians, LLC | Florida |
| Physician Account Management, Inc. | Florida |
| Physician Office Partners, Inc. | Kansas |

| | |
|---|---|
| Pinnacle Consultants Mid-Atlantic, L.L.C. | Delaware |
| Provider Account Management, Inc. | Delaware |
| Reimbursement Technologies, Inc. | Pennsylvania |
| Radstaffing Management Solutions, Inc. | Delaware |
| Radiology Staffing Solutions, Inc. | Delaware |
| Rose Radiology, LLC | Texas |
| Sheridan Anesthesia Services of Alabama, Inc. | Florida |
| Sheridan Anesthesia Services of Louisiana, Inc. | Florida |
| Sheridan Anesthesia Services of Virginia, Inc. | Florida |
| Sheridan CADR Solutions, Inc. | Florida |
| Sheridan Children's Healthcare Services of Arizona, Inc. | Florida |
| Sheridan Children's Healthcare Services of Kentucky, Inc. | Florida |
| Sheridan Children's Healthcare Services of Louisiana, Inc. | Florida |
| Sheridan Children's Healthcare Services of New Mexico, Inc. | Florida |
| Sheridan Children's Healthcare Services of Ohio, Inc. | Florida |
| Sheridan Children's Healthcare Services of Virginia, Inc. | Florida |
| Sheridan Children's Healthcare Services, Inc. | Florida |
| Sheridan Children's Services of Alabama, Inc. | Florida |
| Sheridan Emergency Physician Services of Missouri, Inc. | Florida |
| Sheridan Emergency Physician Services of North Missouri, Inc. | Florida |
| Sheridan Emergency Physician Services of South Florida, Inc. | Florida |
| Sheridan Emergency Physician Services, Inc. | Florida |
| Sheridan Healthcare of Louisiana, Inc. | Florida |
| Sheridan Healthcare of Missouri, Inc. | Florida |
| Sheridan Healthcare of Vermont, Inc. | Florida |
| Sheridan Healthcare of Virginia, Inc. | Florida |
| Sheridan Healthcare of West Virginia, Inc. | West Virginia |
| Sheridan Healthcare, LLC | Delaware |
| Sheridan Healthcorp of California, Inc. | California |
| Sheridan Healthcorp, Inc. | Florida |
| Sheridan Healthy Hearing Services, Inc. | Florida |

| | |
|---|---|
| Sheridan Holdings, Inc. | Delaware |
| Sheridan Hospitalist Services of Florida, Inc. | Florida |
| Sheridan Leadership Academy, Inc. | Florida |
| Sheridan Radiology Management Services, Inc. | Delaware |
| Sheridan Radiology Services, Inc. | Delaware |
| Sheridan ROP Services of Alabama, Inc. | Florida |
| Sheridan ROP Services of Florida, Inc. | Florida |
| Sheridan ROP Services of Virginia, Inc. | Florida |
| Southeast Perinatal Associates, Inc. | Florida |
| Templeton Readings, LLC | Maryland |
| Tennessee Valley Neonatology, Inc. | Florida |
| Tiva Healthcare, Inc. | Florida |
| Valley Anesthesiology Consultants, Inc. | Arizona |
| Valley Clinical Research, Inc. | Florida |
| West Fairview Emergency Physicians, LLC | Kentucky |

## Schedule 18

### Sole Member:  AmSurg Holdings, LLC

| Subsidiary | Jurisdiction |
|---|---|
| AmSurg Physicians HoldCo, LLC | Delaware |

## Schedule 19

### Sole Member:  AmSurg Physicians HoldCo, LLC

| Subsidiary | Jurisdiction |
|---|---|
| AmSurg Physicians Arizona, LLC | Delaware |

## Schedule 20

### General Partner:  Austin NSC, LLC

| Subsidiary | Jurisdiction |
|---|---|
| Austin NSC, LP | Texas |

## Schedule 21

### Sole Manager / Director:  Jeff Snodgrass

| Subsidiary | Jurisdiction |
|---|---|
| AmSurg Abilene Eye, Inc. | Tennessee |

*[Schedules to Omnibus Written Consent]*

| | |
|---|---|
| AmSurg Abilene, Inc. | Tennessee |
| AmSurg Altamonte Springs FL, Inc. | Tennessee |
| AmSurg Anesthesia Management Services, LLC | Tennessee |
| AmSurg Arcadia CA, Inc. | Tennessee |
| AmSurg Burbank, Inc. | Tennessee |
| AmSurg Colton CA, Inc. | Tennessee |
| AmSurg Crystal River, Inc. | Tennessee |
| AmSurg EC Beaumont, Inc. | Tennessee |
| AmSurg EC Centennial, Inc. | Tennessee |
| AmSurg EC Santa Fe, Inc. | Tennessee |
| AmSurg EC St. Thomas, Inc. | Tennessee |
| AmSurg EC Topeka, Inc. | Tennessee |
| AmSurg EC Washington, Inc. | Tennessee |
| AmSurg El Paso, Inc. | Tennessee |
| AmSurg Escondido CA, Inc. | Tennessee |
| AmSurg Finance, Inc. | Tennessee |
| AmSurg Fresno Endoscopy, Inc. | Tennessee |
| AmSurg Glendale, Inc. | Tennessee |
| AmSurg Glendora CA, Inc. | Tennessee |
| AmSurg Hillmont, Inc. | Tennessee |
| AmSurg Holdings, LLC | Delaware |
| AmSurg Inglewood, Inc. | Tennessee |
| AmSurg KEC, Inc. | Tennessee |
| AmSurg Kissimmee FL, Inc. | Tennessee |
| AmSurg La Jolla, Inc. | Tennessee |
| AmSurg Lancaster PA, LLC | Tennessee |
| AmSurg Main Line PA, LLC | Tennessee |
| AmSurg Maryville, Inc. | Tennessee |
| AmSurg Melbourne, Inc. | Tennessee |
| AmSurg Miami, Inc. | Tennessee |
| AmSurg Naples, Inc. | Tennessee |
| AmSurg New Port Richey FL, Inc. | Tennessee |
| AmSurg Northwest Florida, Inc. | Tennessee |
| AmSurg Oakland CA, Inc. | Tennessee |
| AmSurg Ocala, Inc. | Tennessee |
| AmSurg Palmetto, Inc. | Tennessee |
| AmSurg Pottsville PA, LLC | Tennessee |
| AmSurg San Antonio TX, Inc. | Tennessee |
| AmSurg San Luis Obispo CA, Inc. | Tennessee |
| AmSurg Scranton PA, Inc. | Tennessee |
| AmSurg Suncoast, Inc. | Tennessee |

| | |
|---|---|
| AmSurg Temecula CA, Inc. | Tennessee |
| AmSurg Temecula II, Inc. | Tennessee |
| AmSurg Torrance, Inc. | Tennessee |
| ASDH I, LLC | Tennessee |
| ASDH II, LLC | Tennessee |
| Austin NSC, LLC | Tennessee |
| Coral Springs NSC, LLC | Tennessee |
| Davis NSC, LLC | Tennessee |
| Fullerton NSC, LLC | Tennessee |
| Kenwood NSC, LLC | Tennessee |
| Long Beach NSC, LLC | Tennessee |
| Illinois NSC, Inc. | Tennessee |
| NSC Healthcare, Inc. | Tennessee |
| NSC RBO East, LLC | Tennessee |
| NSC West Palm, LLC | Tennessee |
| San Antonio NSC, LLC | Tennessee |
| SHI II, LLC | Tennessee |
| Tampa Bay NSC, LLC | Tennessee |
| Torrance NSC, LLC | Tennessee |
| Towson NSC, LLC | Tennessee |
| Twin Falls NSC, LLC | Tennessee |
| Weston NSC, LLC | Tennessee |
| Wilton NSC, LLC | Tennessee |

## EXHIBIT A

Acute Management, LLC
Affilion, Inc.
All Women's Healthcare Holdings, Inc.
All Women's Healthcare of Dade, Inc.
All Women's Healthcare of Sawgrass, Inc.
All Women's Healthcare of West Broward, Inc.
All Women's Healthcare Services, Inc.
All Women's Healthcare, Inc.
AllegiantMD, Inc.
Alpha Physician Resources, L.L.C.
American Emergency Physicians Management, Inc.
AmSurg Abilene Eye, Inc.
AmSurg Abilene, Inc.
AmSurg Altamonte Springs FL, Inc.
AmSurg Anesthesia Management Services, LLC
AmSurg Arcadia CA, Inc.
AmSurg Burbank, Inc.
AmSurg Colton CA, Inc.
AmSurg Crystal River, Inc.
AmSurg EC Beaumont, Inc.
AmSurg EC Centennial, Inc.
AmSurg EC Santa Fe, Inc.
AmSurg EC St. Thomas, Inc.
AmSurg EC Topeka, Inc.
AmSurg EC Washington, Inc.
AmSurg El Paso, Inc.
AmSurg Escondido CA, Inc.
AmSurg Finance, Inc.
AmSurg Fresno Endoscopy, Inc.
AmSurg Glendale, Inc.
AmSurg Glendora CA, Inc.
AmSurg Hillmont, Inc.
AmSurg Holdco, LLC
AmSurg Holdings, LLC
AmSurg Inglewood, Inc.
AmSurg KEC, Inc.
AmSurg Kissimmee FL, Inc.
AmSurg La Jolla, Inc.
AmSurg Lancaster PA, LLC
AmSurg Main Line PA, LLC
AmSurg Maryville, Inc.
AmSurg Melbourne, Inc.
AmSurg Miami, Inc.
AmSurg Naples, Inc.

AmSurg New Port Richey FL, Inc.
AmSurg Northwest Florida, Inc.
AmSurg Oakland CA, Inc.
AmSurg Ocala, Inc.
AmSurg Palmetto, Inc.
AmSurg Physicians Arizona, LLC
AmSurg Physicians HoldCo, LLC
AmSurg Pottsville PA, LLC
AmSurg San Antonio TX, Inc.
AmSurg San Luis Obispo CA, Inc.
AmSurg Scranton PA, Inc.
AmSurg Suncoast, Inc.
AmSurg Temecula CA, Inc.
AmSurg Temecula II, Inc.
AmSurg Torrance, Inc.
AmSurg, LLC
Anesthesiologists of Greater Orlando, Inc.
Anesthesiology Associates of Tallahassee, Inc.
Apex Acquisition LLC
Arizona Perinatal Care Centers, LLC
ASDH I, LLC
ASDH II, LLC
Austin NSC, LLC
Austin NSC, LP
Bay Area Anesthesia, L.L.C.
BestPractices, Inc.
Bethesda Anesthesia Associates, Inc.
Boca Anesthesia Service, Inc.
Bravo Reimbursement Specialist, L.L.C.
Broad Midwest Anesthesia, LLC
Centennial Emergency Physicians, LLC
Chandler Emergency Medical Group, L.L.C.
Children's Anesthesia Associates, Inc.
Clinical Partners Management Company, LLC
CMORx, LLC
Coastal Anesthesiology Consultants, LLC
Coral Springs NSC, LLC
Davis NSC, LLC
Desert Mountain Consultants in Anesthesia, Inc.
Discovery Clinical Research, Inc.
Doctors Billing Service, Inc.
Drs. Ellis, Rojas, Ross & Debs, Inc.
ED Solutions, LLC
EDIMS, L.L.C.
EHR Management Co.
EmCare Anesthesia Providers, Inc.

*[Exhibit A to Omnibus Written Consent]*

EmCare HoldCo, LLC
EmCare Holdings, LLC
EmCare of California, Inc.
EmCare Physician Providers, Inc.
EmCare Physician Services, Inc.
EmCare, LLC
Emergency Medical Services LLC
Emergency Medicine Education Systems, Inc. (EMEDS)
EMS Management LLC
EMSC ServicesCo, LLC
Enterprise Intermediate Holdings Inc.
Enterprise Parent Holdings, Inc.
Envision Anesthesia Services of Delaware, Inc.
Envision Anesthesia Services of Sierra Vista, Inc.
Envision Children's Healthcare Services of North Mississippi, Inc.
Envision Healthcare Clinical Research, Inc.
Envision Healthcare Corporation
Envision Healthcare Scientific Intelligence, Inc.
Envision Physician Services, LLC
Flamingo Anesthesia Associates, Inc.
FM Healthcare Services, Inc.
FMO Healthcare Holdings, LLC
FO Investments II, Inc.
FO Investments III, Inc.
FO Investments, Inc.
Fullerton NSC, LLC
Global Surgical Partners, Inc.
Greater Florida Anesthesiologists, LLC
Hawkeye Holdco LLC
Healthcare Administrative Services, Inc.
Holiday Acquisition Company, Inc.
Illinois NSC, Inc.
Imaging Advantage LLC
Infinity Healthcare, Inc.
iSelect Healthcare LLC
Jacksonville Beaches Anesthesia Associates, Inc.
Jupiter Anesthesia Associates, L.L.C.
Jupiter Healthcare, LLC
Kenwood NSC, LLC
Long Beach NSC, LLC
MedAssociates, LLC
Medi-Bill of North Florida, Inc.
Medical Information Management Solutions, LLC
Millennium Vision Surgical, LLC
MSO Newco, LLC
NAC Properties, LLC

*[Exhibit A to Omnibus Written Consent]*

New Generations Babee Bag, Inc.
North Florida Anesthesia Consultants, Inc.
North Florida Perinatal Associates, Inc.
Northwood Anesthesia Associates, L.L.C
NSC Healthcare, Inc.
NSC RBO East, LLC
NSC West Palm, LLC
Parity Healthcare, Inc.
Partners in Medical Billing, Inc.
Phoenix Business Systems, LLC
Phoenix Physicians, LLC
Physician Account Management, Inc.
Physician Office Partners, Inc.
Pinnacle Consultants Mid-Atlantic, L.L.C.
Practice Account Management Services, LLC
Proven Healthcare Solutions of New Jersey, LLC
Provider Account Management, Inc.
QRx Medical Management, LLC
Reimbursement Technologies, Inc.
San Antonio NSC, LLC
Sentinel Healthcare Services, LLC
Sheridan Anesthesia Services of Alabama, Inc.
Sheridan Anesthesia Services of Louisiana, Inc.
Sheridan Anesthesia Services of Virginia, Inc.
APH Laboratory Services, Inc.
Sheridan CADR Solutions, Inc.
Sheridan Children's Healthcare Services of Arizona, Inc.
Sheridan Children's Healthcare Services of Kentucky, Inc.
Sheridan Children's Healthcare Services of Louisiana, Inc.
Sheridan Children's Healthcare Services of New Mexico, Inc.
Sheridan Children's Healthcare Services of Ohio, Inc.
Sheridan Children's Healthcare Services of Virginia, Inc.
Sheridan Children's Healthcare Services, Inc.
Sheridan Children's Services of Alabama, Inc.
Sheridan Emergency Physician Services of Missouri, Inc.
Sheridan Emergency Physician Services of North Missouri, Inc.
Sheridan Emergency Physician Services of South Florida, Inc.
Sheridan Emergency Physician Services, Inc.
Sheridan Healthcare of Louisiana, Inc.
Sheridan Healthcare of Missouri, Inc.
Sheridan Healthcare of Vermont, Inc.
Sheridan Healthcare of Virginia, Inc.
Sheridan Healthcare of West Virginia, Inc.
Sheridan Healthcare, LLC
Sheridan Healthcorp of California, Inc.
Sheridan Healthcorp, Inc.

*[Exhibit A to Omnibus Written Consent]*

Sheridan Healthy Hearing Services, Inc.
Sheridan Holdings, LLC
Sheridan Hospitalist Services of Florida, Inc.
Sheridan InvestCo, LLC
Sheridan Leadership Academy, Inc.
Sheridan Radiology Management Services, Inc.
Sheridan Radiology Services, Inc.
Sheridan ROP Services of Alabama, Inc.
Sheridan ROP Services of Florida, Inc.
Sheridan ROP Services of Virginia, Inc.
SHI II, LLC
Southeast Perinatal Associates, Inc.
Spotlight Holdco LLC
St. Lucie Anesthesia Associates, LLC
Streamlined Medical Solutions LLC
Sun Devil Acquisition LLC
Sunbeam Asset LLC
Tampa Bay NSC, LLC
Templeton Readings, LLC
Tennessee Valley Neonatology, Inc.
Tiva Healthcare, Inc.
Torrance NSC, LLC
Towson NSC, LLC
Twin Falls NSC, LLC
Valley Anesthesiology Consultants, Inc.
Valley Clinical Research, Inc.
West Fairview Emergency Physicians, LLC
Weston NSC, LLC
Wilton NSC, LLC
Evolution Mobile Imaging, LLC
Gynecologic Oncology Associates, Inc.
KMAC, Inc.
Radiology Staffing Solutions, Inc.
Radstaffing Management Solutions, Inc.
Rose Radiology, LLC

*[Exhibit A to Omnibus Written Consent]*